UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:06-CR-147-1-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| XAVIER VIDAL JENNETTE | ) | |

This matter is before the court on defendant's 23 December 2013 *pro se* motion for discovery. (DE # 287.) Defendant's trial counsel filed a response to the motion, representing that he had transmitted to defendant all the materials requested. (DE # 288.) The motion is therefore DENIED AS MOOT.

This 28 January 2014.

_____
W. Earl Britt
Senior U.S. District Judge