UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Xavier Vidal Jennette　　　　　　　　　　　　　　　　Docket No. 5:06-CR-147-1BR

## Petition for Action on Supervised Release

COMES NOW C. Lee Meeks, Jr., U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Xavier Vidal Jennette, who, upon a finding of guilt by jury to Conspiracy to Traffic in Unauthorized Access Devices and Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. § 371, Wire Fraud, in violation of 18 U.S.C. §§ 1343, Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A, and two counts of Aiding and Abetting, in violation of 18 U.S.C. § 2, was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on March 30, 2007, to the custody of the Bureau of Prisons for a term of 121 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Xavier Vidal Jennette was released from custody on August 14, 2015, at which time the term of supervised release commenced.

On June 27, 2016, the court approved a Violation Report agreeing to continue Jennette's supervision after notification of the court indebtedness arrearage.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** Since the commencement of supervised release, Jennette has maintained a stable residence with his mother, reported as directed, and has not received any new charges. However, he has struggled to maintain gainful employment. Additionally, he reportedly continues to receive treatment through the Veteran's Administration for ongoing health issues. Since the violation report dated June 27, 2016, Jennette has submitted $375 towards the restitution obligation. The balance due as of today's date is $34,788.57.

In that Jennette continues to struggle with gainful employment and ongoing health issues, the probation officer respectfully recommends the defendant's payment plan be modified from $100 per month to $50 month beginning July 1, 2017. This modification should allow the defendant to remain in compliance with the financial obligation until he is able to obtain steady employment. The probation officer will monitor the payment plan to determine if an increase of the payment amount is appropriate.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant's payment plan is reset to pay $50 per month beginning July 1, 2017, and continuing each month thereafter until the balance due is satisfied.

Except as herein modified, the judgment shall remain in full force and effect.

Xavier Vidal Jennette
Docket No. 5:06-CR-147-1BR
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

/s/ C. Lee Meeks, Jr.
C. Lee Meeks, Jr.
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5105
Executed On: June 7, 2017

## ORDER OF THE COURT

Considered and ordered this 16 day of June, 2017, and ordered filed and made a part of the records in the above case.

_____
W. Earl Britt
Senior U.S. District Judge